**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | * | Hon. Susan D. Wigenton, U.S.D.J. |
| | * | |
| v. | * | CRIM. NO. 21-432 |
| | * | |
| IGGAL COPELAND | * | |
| | * | |
| | ***** | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

[X]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[X]    Video Teleconferencing

[  ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[  ]    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[  ] Other:


Date:  June 22, 2021

_____
Hon. Susan D. Wigenton
United States District Judge